IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Gregory Walker,                               )
                                              )
   *Plaintiff,*                  )
                                              )
-vs-                                          )
                                              )
City of Chicago and Chicago Police            )
Officers Jenny C. Christoforakis,             )
#20218, Miguel Gonzalez, #20065               )
Robert Myers, #20428, Joseph Nega,            )
#20634, and S. VanWitzenburg,                 )
#21011,                                       )
                                              )
   *Defendants.*    **COMPLAINT**     )

JUDGE AMY ST. EVE

04 CV 4035

*(jury demand)*

MAGISTRATE JUDGE MASON

DOCKETED

JUN 1 6 2004

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343.

2. Plaintiff Gregory Walker is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation.

4. Defendants Jenny C. Christoforakis, #20218, Miguel Gonzalez, #20065 Robert Myers, #20428, Joseph Nega, #20634, and S. VanWitzenburg, #21011, (hereinafter "defendant officers") were at all times relevant acting under color of their authority as police officers of the City of Chicago.

5. On October 18, 2001, a man named Omokeji Brown was shot and killed in the City of Chicago. Thereafter, the defendant officers framed plaintiff for Brown's murder.

6. In framing plaintiff, the defendant officers acted in accordance with a policy of the City of Chicago that authorized its police officers to detain witnesses for interrogation.

7. As a result of the frameup, plaintiff was arrested on February 25, 2002 and remained in custody until March of 2004 when he was released after having been found not guilty on March 29, 2004.

8. As a result of the foregoing, plaintiff was deprived of rights secured by the Fourth Amendment to the Constitution of the United States and subjected to the Illinois tort of malicious prosecution.

9. Plaintiff hereby demands trial by jury.

Wherefore plaintiff prays for damages in an amount in excess of five hundred thousand dollars against defendants as compensatory damages.

KENNETH N. FLAXMAN
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

---

**Plaintiff(s):** Gregory Walker

**Defendant(s):** City of Chicago and Jenny C. Christoforakis, #20218, Miguel Gonzalez, #20065 Robert Myers, #20428, Joseph Nega, #20634, and S. VanWitzenburg, #21011,

County of Residence: Cook

County of Residence:

Plaintiff's Atty:   Kenneth N. Flaxman
Kenneth N. Flaxman P.C.
200 S Michigan Ave.,Ste 1240
(312) 427-3200

Defendant's Atty:

**JUDGE AMY ST. EVE**

# 04C 4035

---

II. Basis of Jurisdiction:        3. Federal Question (U.S. not a party)

**MAGISTRATE JUDGE MASON**

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:- **N/A**

Defendant:- **N/A**

*DOCKETED*
JUN 1 6 2004

IV. Origin :        **1. Original Proceeding**

V. Nature of Suit:        **440 Other Civil Rights**

VI. Cause of Action:        **42 U.S.C. §1983: framed by police for murder**

CLERK U.S. DISTRICT COURT
04 JUN 15 PM 2: 57
FILED-ED4

VII. Requested in Complaint
Class Action: **No**
Dollar Demand: **$500,000**
Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

---

**Signature:**

**Date:** JUNE 15, 2004

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

In the Matter of

Gerald Walker
-vs-
City of Chicago, et al.

Case Number: JUDGE AMY ST. EVE

**04C    4035**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

plaintiff

MAGISTRATE JUDGE MASON

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME<br>Kenneth N. Flaxman | NAME |
| FIRM<br>Kenneth N. Flaxman P.C. | FIRM |
| STREET ADDRESS<br>200 S Michigan Ave., Ste 1240 | STREET ADDRESS |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 | CITY/STATE/ZIP |
| TELEPHONE NUMBER<br>(312) 427-3200 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>08830399 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ✓   NO | MEMBER OF TRIAL BAR?   YES   NO |
| TRIAL ATTORNEY?   YES ✓   NO | TRIAL ATTORNEY?   YES   NO |
| | DESIGNATED AS LOCAL COUNSEL?   YES   NO |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES   NO | MEMBER OF TRIAL BAR?   YES   NO |
| TRIAL ATTORNEY?   YES   NO | TRIAL ATTORNEY?   YES   NO |
| DESIGNATED AS LOCAL COUNSEL?   YES   NO | DESIGNATED AS LOCAL COUNSEL?   YES   NO |

DOCKETED

JUN 1 6 2004

FILED-ED4
'04 JUN 15 PM 2:57
U.S. DISTRICT COURT
CLERK

1-3